# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JOSE COLON** : | |
|     Plaintiff, : | |
| : | **CIVIL ACTION** |
| v. : | |
| **JOHN KERESTES, ET AL.,** : | **NO. 10-1398** |
|     Defendants. : | |

## ORDER

**AND NOW**, this _____ day of May, 2012, upon careful and independent consideration of the petition for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, after review of the Report and Recommendation of United States Magistrate Judge Faith Angell and Petitioner's objections, **IT IS HEREBY ORDERED and DECREED** that:

1. The Report and Recommendation is **APPROVED and ADOPTED.**

2. The Petition for Writ of Habeas Corpus, filed pursuant to 28 U.S.C. § 2254, is **DENIED and DISMISSED** without an evidentiary hearing.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of Court shall mark the case **CLOSED** for statistical purposes.

BY THE COURT:

/S/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**